

| | | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | W. Simone Nicholson<br>*Special Assistant Corporation Counsel*<br>Office: (212) 356-2394<br>Mobile: (646) 391-6899 |

June 9, 2022

**VIA ECF**
Hon. Lewis J. Liman
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

> The request is GRANTED in part. The parties shall submit a joint status letter by July 14, 2022. The initial pretrial conference currently scheduled for June 13, 2022 is adjourned to July 28, 2022 at 3:00 p.m. The parties are directed to use the dial-in information at Dkt. No. 10.
>
> SO ORDERED.
> /s/ Lewis J. Liman
> United States District Judge
> 6/10/2022

Re:   *I.A., et. al. v. N.Y.C Dep't of Educ.*, No. 22-cv-2093(LJL)(JLC)

Dear Judge Liman:

I am Special Assistant Corporation Counsel in the office of Corporation Counsel, the Hon. Sylvia O. Hinds-Radix, attorney for Defendant in the matter referenced above, wherein Plaintiff seeks solely attorneys' fees, costs and expenses for legal work on an administrative hearing under the Individuals with Disabilities Education Act 20 U.S.C. §1400, *et. seq*. ("IDEA"), as well as for this action.

I write on behalf of all parties to respectfully request the adjournment, *sine die,* of the Initial Pre-Trial Conference (IPC) scheduled for June 13, 2022, and instead permit the submission of a joint status no later than July 14, 2022, informing the Court that case has been fully resolved, or, proposing a briefing schedule. Defendant has informed counsel for Plaintiff that Defendant's internal review will be completed within one week's time, and an adjournment will hopefully facilitate the resolution of this case without need for conferences or motion practice. This office has successfully settled all of the many dozens of IDEA fees-only cases brought by the Dayan firm in recent years and we see no reason why this case will not take the same course.

Accordingly, the parties respectfully request that the Court adjourn the IPC, *sine die*, and accept the submission of a joint status letter due no later than July 14, 2022.

Thank you for considering this request.

Respectfully submitted,
Simone Nicholson

/s/ W. Simone Nicholson
Special Assistant Corporation Counsel

cc:   Adam Dayan, Esq. (via ECF)